**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SUSHMA ALVAR, et al.,**

     *Plaintiffs*,

**v.**                                  **Case No.: 4:21cv276-MW/MAF**

**SAVITA R. MURTHY, et al.,**

     *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation. ECF No. 8. Upon consideration, no objections[1] having been filed

by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this

Court's opinion. The Clerk shall enter judgment stating, "Plaintiffs' claims are

---

[1] Upon filing their initial complaint, Plaintiffs agreed to timely notify the Clerk's Office if there is any change to their mailing address and recognized that their failure to keep a current address on file may result in the dismissal of this case. ECF No. 1 at 8. Nonetheless, two Plaintiffs have failed to update the Clerk's Office with their current mailing address. *See* ECF Nos. 10 & 11 (mail returned as undeliverable for Plaintiffs Echo Alvar and Shantha Raj).

**DISMISSED without prejudice** for failure to prosecute and failure to comply with

Court Orders." The Clerk shall close the file.

      **SO ORDERED on October 12, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**
